| | |
|---|---|
| DISTRICT COURT, COUNTY OF ARAPAHOE, STATE OF COLORADO<br><br>7325 South Potomac Street<br>Centennial, CO 80112 | DATE FILED: March 15, 2024 11:17 AM<br>FILING ID: 97E20FF435A62<br>CASE NUMBER: 2024CV30564 |
| **Plaintiff: FASIHA FAROOQUI**<br><br>**vs.**<br><br>**Defendants: TARGET CORPORATION** | **▲COURT USE ONLY ▲** |
| *Attorney(s) for Plaintiff*:<br><br>Saira Malik, #41902<br>Malik Law, LLC<br>4450 Arapahoe Avenue, Suite 100<br>Boulder, Colorado 80303<br>Phone Number: (303) 814-8810<br>Fax Number: (303) 484-2808<br>Email: sm@maliklawco.com | Case No.:<br><br>Division: Courtroom: |
| **COMPLAINT & JURY DEMAND** | |

Plaintiff, above named, by their attorneys, Malik Law, LLC, hereby submit her Complaint as follows:

## I. GENERAL ALLEGATIONS

1. Plaintiff Fasiha Farooqui is a Colorado residents who currently resides in Arapahoe County, Colorado.

2. Defendant *Target Corporation* formed and operating under Colorado law. The Registered Agent's address for Defendant is C.T. Corporation 7700 E Arapahoe Rd Ste 220, Centennial, CO 80112.

3. Venue is proper in Arapahoe County, Colorado pursuant to C.R.C.P. 98(c), because the parties reside in Arapahoe County, Colorado.

**EXHIBIT A**

4. On March 25, 2022, Plaintiff was shopping at Target located at 15700 East Briarwood Circle, Aurora, CO 80016. She was reaching for a hat on a rod and the rod fell on her head.

5. Defendant actually knew or should have know of this dangerous condition.

6. Defendant failed to take reasonable steps to remove the dangerous condition.

7. As a result of the aforementioned incident, Plaintiff suffered personal injuries, damages and losses.

8. The comparative negligence of Plaintiffs is not a factor in causing or contributing to the cause of the incident and injuries complained herein.

9. Plaintiff has not failed to mitigate the damages which were incurred as a result of the incident.

10. As a result fo the incident in question, Plainitff suffered injuries resulting in permanent disability, disfigurement and/or physical impairment.

11. The conduct of a third party over whom Defendant had no control was not a factor in causing or contributing to the cause of the incident and injuries complained herein.

12. A sudden and unanticipated emergency was not a factor in causing or contributing to the aforementioned incident.

13. Defendant is not entitled to the protection afforded by C.R.S. §13-21-111.6 (collateral source) in connection with Plaintiff's injuries.

14. Defendant is not entitled to the protection afforded by C.R.S. §13-21-111.7 (assumption of risk) in connection with Plaintiff's Complaint.

15. Defendant is not entitled to the protection afforded by C.R.S. §13-21-111.5 (responsible non-party) in connection with Plaintiff's Complaint.

16. As a result of this incident, Plaintiff has suffered, and will continue to suffer physical, mental and emotion distress and suffering, incurred economic damages and will continue to incur economic losses in the future, and has suffered physical impairment and/or disfigurement.

## II. <u>FIRST CLAIM FOR RELIEF</u>
**(Premise Liability)**

17. Plaintiff hereby incorporates all preceding paragraphs as though fully alleged

herein.

18. Plaintiff was an invitee while on the premises.

19. Defendant was in possession of the real property upon which the aforementioned incident occurred, and was legally responsible for the condition of the real property or for the activities conducted or circumstances existing on the real property. Defendant was also responsible for the maintenance of the shopping areas located inside the property.

20. Defendant either knew or should have known of the dangers created by a loose rod.

21. The loose rod is a dangerous condition maintained by Defendant.

22. The loose rod is a dangerous condition which was within the corporate limits.

23. The Defendant unreasonably failed to excersice reasonable care in either warning of the danger posed by this condition and/or its failure to correct or repair this condition.

24. As a direct and proximate result of the Defendant's failure to exercise reasonable care with repsect to dangers on its property and to protect against such dangers, Plaintiff has suffered personal injuries and damages, and forced to obtain emergency services, hospital care, and medical treatment. Further, Plaintiff suffered loss of enjoyment of life, pain and suffering, emotional distress, inconvenience. Plaintiff has further suffered economic damanges, and will, in the future, continue to incur such losses.

## III. SECOND CLAIM FOR RELIEF
(Negligence, in the Alternative)

25. Plaintiff hereby incorporates all preceding paragraphs as though fully alleged herein.

26. Defendant had a duty to persons shopping in their premises to take reasonable actions to maintain and guard against dangerous conditions of the premises.

29. Defendant breached its duty to Plaintiff when it negligently and/or carelessly failed to exercise reasonable care in its care and maintenance of the premises.

30. As a direct and proximate result of Defendant's negligence, Plaintiff suffered personal injuries and damages, and has been forced to obtain the services of hospitals, doctors, and physical therapists. Further, Plaintiff has suffered a loss of enjoyment of life, pain and suffering, emotional distress, inconvenience, and economic damages, and will, in the future, continue to incur such losses, all of which are permanent in nature. Plaintiff has

also suffered from disfigurement and/or physical impairment and will continue to suffer those damages in the future.

WHEREFORE, Plaintiff prays for judgment entered in her favor and against Defendant in an amount to be fairly determined by the trier of fact, plus interest as provided by state law, costs, expert witness fees, filing fees, deposition expenses, attorney's fees, and such other and further relief as this Court deems just and proper.

**PLAINTIFF REQUESTS A TRIAL TO A JURY.**

Respectfully submitted this 15th day of March, 2024.

**MALIK LAW, LLC**

By: *_/s/ Saira Malik_*
Saira Malik, Reg. No. 41902

Address of Plaintiffs:
15950 East Briarwood Circle
Aurora, CO 80016



**EXHIBIT A**